

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Cabral, et al.*, 22 Cr. 366 (JPC)

Dear Judge Cronan:

    The Government submits this letter on behalf of the parties respectfully to request an adjournment of the upcoming conference in this matter, currently scheduled for September 21, 2022 at 1:30 p.m. The defendants are reviewing the Government's discovery production and the Government is in discussions with the defendants regarding a potential pretrial resolution of this matter. An adjournment will provide an opportunity to continue and potentially resolve those discussions. Accordingly, the parties respectfully request that the September 21, 2022 status conference be adjourned to either November 10, 2022 before 11:00 a.m. or after 2:00 p.m. or November 7, 2022, days which the parties understand from the Court's Deputy that the Court may be available. The Government respectfully requests that the Court exclude time from September 19, 2022, to the date of the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the defendants' need to review discovery and contemplate any motions and in light of the parties ongoing discussions regarding a pretrial resolution. Defense counsel has indicated that they consent to the exclusion of time.

The Parties' joint request is GRANTED. The next status conference, currently scheduled for September 21, 2022, is adjourned to November 7, 2022, at 11:00 a.m. The Court also excludes time from today, September 19, 2022, until November 7, 2022 under the Speedy Trial Act for the purposes of allowing the defense to review discovery and contemplate any motions. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

September 19, 2022
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
    Brandon D. Harper
    Assistant United States Attorney
    (212) 637-2209

_____
JOHN P. CRONAN
United States District Judge