```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :
              -v-                                                :     22 Cr. 366 (JPC)
                                                                 :
TEO CABRAL,                                                      :     ORDER
                                                                 :
                      Defendant.                                 :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court will hold a conference on May 11, 2023, at 1:30 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 to address the violation memorandum that the Court received from Pretrial Services earlier today. The parties should be prepared to address whether bail should be revoked and Defendant Teo Cabral should be remanded pending trial in light of Pretrial Service's report of his conduct while on pretrial release as well as in consideration of the rebuttable presumption that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community" when a defendant, such as Mr. Cabral, is accused of conspiracy to distribute fentanyl in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), which carries a maximum term of imprisonment of life. *See* 18 U.S.C. § 3142(e)(3)(A).

      SO ORDERED.

Dated: May 10, 2023  
       New York, New York

                                                JOHN P. CRONAN  
                                            United States District Judge