UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
:
:
                -v-                                              :          22 Cr. 366 (JPC)
:
TEO CABRAL,                                                            :          ORDER
:
                 Defendant.                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The bail review hearing for Defendant Teo Cabral currently scheduled for May 11, 2023, is adjourned to May 16, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  If the parties wish to make written submissions on the issue of bail modification and remand, they may do so by May 15, 2023, at 12:00 p.m.

       SO ORDERED.

Dated:  May 11, 2023
            New York, New York                                  _____
                                                               JOHN P. CRONAN
                                                             United States District Judge