```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
                                                                  :
              -v-                                                 :   22 Cr. 366 (JPC)
                                                                  :
TEO CABRAL,                                                       :        ORDER
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant shall submit to an in-patient drug treatment program at Cornerstone to commence on May 17, 2023, or as determined by Pretrial Services. Following successful completion of the program, Defendant's bail conditions will be modified to home incarceration with the exceptions for work, provided he establishes proof of employment, for drug treatment, for meetings with legal counsel including at their offices, and for court appearances.

SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                               _____
                                                      JOHN P. CRONAN
                                                 United States District Judge