

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Cabral et al.*, 22 Cr. 366 (JPC)

Dear Judge Cronan:

    The Government respectfully writes to request an approximately 60-day adjournment of the parties' respective deadlines to make expert disclosures in the above-referenced matter.

    Currently, the Government's expert disclosures are due September 8, 2023; the defendants' expert disclosures are due October 13, 2023; and trial is set for February 26, 2024.  The parties, however, remain actively engaged in discussions regarding potential pretrial resolution of this matter.  According, the Government respectfully requests, with the consent of counsel for defendants Teo Cabral and Bianel Burgos-Munoz, that the parties' expert disclosure deadlines each be adjourned approximately 60 days.  Given that the disclosures would still be made well in advance of trial, the Government respectfully submits that the requested adjournment will not prejudice any party, nor unduly delay resolution of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ _____
    Jonathan L. Bodansky
    Brandon D. Harper
    Assistant United States Attorneys
    (212) 637-2385 / -2209

The request is granted subject to any opposition from Defendant Duverne. Duverne should indicate any opposition to the request by September 6, 2023, at 5:00 p.m. in which case the Court may reconsider the request.

SO ORDERED.

September 6, 2023
New York, New York

*[signature]*

JOHN P. CRONAN
United States District Judge