UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-                                        22 Cr. 366 (JPC)

TEO CABRAL,                                     ORDER

                  Defendant.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Teo Cabral's bail condition of home incarceration is modified to allow the defendant to leave his residence for thirty minutes a day to get food. Defendant shall provide his Pretrial Services officer with the receipts showing such food purchases.

      SO ORDERED.

Dated: December 15, 2023
       New York, New York

                                                            JOHN P. CRONAN
                                              United States District Judge