UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA         :

                                    :

              -v-                  :            22 Cr. 366 (JPC)

                                    :

TEO CABRAL,                   :           <u>ORDER</u>

                                    :

                        Defendant.     :

                                    :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The guilty plea conference is scheduled for February 9, 2024 at 10:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  By February 8, 2024, at 3:00 p.m., the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant's remand will be mandatory in the event that he enters a guilty plea.  *See* 18 U.S.C. § 3143(a)(2).  If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

      SO ORDERED.

Dated: February 2, 2024
      New York, New York                _____
                                          JOHN P. CRONAN
                                   United States District Judge